John G. Warner (Cal. State Bar No. 046123)
Law Office of John G. Warner
21 Tamal Vista Blvd., Suite 196
Corte Madera, CA 94925
Telephone: (415) 924-2640
Facsimile: (415) 927-0608
Email: warnerwest@aol.com

Attorney for Plaintiffs,
James M. Clifford and Margaret Clifford

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES M. CLIFFORD, et al. | Case No. 17-cv-00658-MMC |
| Plaintiffs, | **STIPULATION FOR DISMISSAL TOGETHER WITH** ~~PROPOSED~~ **ORDER THEREON** |
| vs. | |
| KAISER FOUNDATION HEATH PLAN, INC., et al., | |
| Defendants. | |

[Text begins on Next Page]

Plaintiffs James M. Clifford and Margaret Clifford and defendant Kaiser Foundation Health Plan, Inc., through their respective attorneys of record, hereby request that this case be dismissed.

A proposed order dismissing the case is set forth following this stipulation.

Dated: May 23, 2017

John G. Warner
Attorney for Plaintiffs
James M. Clifford and Margaret Clifford

Dated: May 24, 2017

Tiana R. Seymore
Marion's Inn, LLP
Attorneys for Kaiser Foundation Health Plan, Inc.

## ORDER APPROVING STIPULATION

Based upon the stipulation of the parties set forth above, this case is hereby dismissed.

Dated: June 5, 2017

Maxine M. Chesney
United States District Judge

Stipulation for Dismissal Together With Proposed Order Thereon – 2